■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELE G. CONNETTE, Appellant. — Judgment unanimously reversed, on the law, and a new trial granted. Same memorandum as in *People v Connette* (101 AD2d 699). (Appeal from judgment of Niagara County Court, DiFlorio, J. — criminal possession of controlled substance, seventh degree, and other charges.) Present — Hancock, Jr., J. P., Callahan, Doerr, Green and Moule, JJ.